**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ESTHER PETROVITCH,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1251-Orl-22DAB**

**M. KALAKOTA, M.D., P.A. and**
**MADHUSUDAWA KALAKOTA,**

        **Defendants.**

_____

**ORDER**

This cause is before the Court on the Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. No. 20) filed by the parties on October 11, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted. (Doc. No. 21.)

After an independent *de novo* review of the record in this matter, and noting that the parties have filed a joint notice (Doc. No. 22) stating they have no objections to the report, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 13, 2011 (Doc. No. 21, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.     The Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. No. 20) filed on October 11, 2011, is GRANTED.

    3.     This case is DISMISSED, WITH PREJUDICE.

    4.     The Clerk shall close the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 14, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party